## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PAUL RUSESABAGINA, *et al.*, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Civil Case No. 22-469 (RJL) |
| | ) | |
| THE REPUBLIC OF RWANDA, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## ORDER
March 16, 2023 [Dkt. # 29]

For the reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby

**ORDERED** that defendants Johnston Busingye's, Joseph Nzabamwita's and Jeannot Ruhunga's Motion to Dismiss [Dkt. # 29] is **GRANTED** as to Counts III–VIII; it is further

**ORDERED** defendants Johnston Busingye's, Joseph Nzabamwita's and Jeannot Ruhunga's Motion to Dismiss [Dkt. # 29] is **DENIED** as to Counts I–II and Counts IX-XIII.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge